**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN CULAJAY-CARACUN, | ) | NO. CV 11-00399 CAS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TIMOTHY S. ROBBINS, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 15, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE